■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY ESCALLIER, Appellant. [596 NYS2d 701] —Appeal by the defendant from a judgment of the County Court, Nassau County (Mogil, J.), rendered January 3, 1992, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BALFORE EVANS, Also Known as ROEL EVANS, Appellant. [594 NYS2d 780] —Appeal by defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered March 1, 1990, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is modified, on the law, by vacating the sentence imposed; as so modified, the judgment is affirmed, and the matter is remitted to the Supreme Court, Queens County for resentencing in accordance herewith.

Under these circumstances, where the defendant was not continuously confined during the time-period involved, the court erred in resentencing him in the absence of an updated probation report *(cf., People v Kuey,* 186 AD2d 684). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.